AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA
v.
SIMONE PONCE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-04-40178-001 DLJ
BOP Case Number: DCAN404CR040178-001
USM Number:
Defendant's Attorney: Joyce Leavitt

**THE DEFENDANT:**
[x]  admitted guilt to violation of condition(s) <u>1, 2 and 4 of the Amended Petition filed 2/29/08  regarding</u> the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Violation of statutory condition to refrain form any unlawful use of controlled substance | 4/4/07 to 4/27/07 |
| Charge Two | Violation of special condition number five to participate in program testing and treatment for drug abuse | 3/14/07; 3/21/07; 3/28/07; 4/4/07; 4/11/07, 4/13/07, 4/18/07; 4/25/07; 4/27/07, 5/25/07; 5/30/07 |
| Charge Four | Violation of general condition to not commit another federal, state or local crime | 12/19/07 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 5, 2008
Date of Imposition of Judgment

*/s/ D. Lowell Jensen*
Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer
September 8, 2008
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | SIMONE PONCE | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-04-40178-001 DLJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  15 months .

This sentence is to run consecutive to any state sentence imposed.

No term of supervised release imposed.

[**x**]   The Court makes the following recommendations to the Bureau of Prisons:
that the defendant be designated to FCI Dublin; that the defendant participate in the Bureau of Prisons 500 Hour Drug Treatment Program if defendant meets criteria for such program.

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ [] am [] pm on ___.
  [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2:00 pm on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal